

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MCBRIDE & COLLIER** | **CIVIL ACTION NO. 5:09CV1995** |
| **VERSUS** | **JUDGE WALTER** |
| **STEPHEN CALLAWAY** | **MAGISTRATE JUDGE HAYES** |

<u>NOTICE OF MOTION SETTING</u>

The Motion to Dismiss for Lack of Jurisdiction (Document No. 12) filed by Stephen Callaway on Januray 6, 2009 has been assigned to the Court's next regular motion date which is March 5, 2010.

### Deadlines

Any opposition brief shall be due within twenty-one **(21) days** from the date of this notice. No reply briefs may be filed without leave of court. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Accordingly, responses and briefs should fully address all pertinent issues. The record will be submitted to the Court upon expiration of briefing schedules, and a ruling will issue in due course. Should the Court feel oral argument is necessary, all parties will be notified.

### Courtesy Copies Required

A paper courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing to the following address:

> Hon. Donald E. Walter
> United States District Judge
> 300 Fannin Street, Suite 4200
> Shreveport, LA 71101-3059

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

**DATE OF NOTICE: January 7, 2010.**

> TONY R. MOORE
> CLERK OF COURT