UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MCBRIDE & COLLIER | CIVIL ACTION NO. 09-1995 |
| versus | JUDGE WALTER |
| STEPHEN CALLAWAY | MAGISTRATE JUDGE HAYES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

**IT IS ORDERED** that the captioned matter is hereby Dismissed as Moot. The Clerk is now requested to close this case.

**THUS DONE and SIGNED** in Shreveport, Louisiana this 9th day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE